IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| ANTONIO OLIVEIRA<br><br>                Plaintiff,<br><br>     -against-<br><br>U.S. XPRESS INC., DON LYNN BARBEE<br>And JOHN DOES 1-10 unknown Individuals<br>responsible for the Accident In question<br><br>              Defendants. | Civil Action No: 2:17-cv-8541 |

## STIPULATION OF DISMISSAL

This matter, having been brought before the Court upon application of Nicholas P. Scutari, Esquire, attorney for Plaintiff, Antonio Oliveira, and Jeffrey A. Segal, Esquire, attorney for defendants U.S. Xpress, Inc. and Don Lynn Barbee, for an Order Dismissing Plaintiff's Complaint with prejudice and without costs against either party as the parties have in good faith agreed to submit this matter to binding arbitration in accordance with the terms of their agreement.

**IT IS** on this _____ day of _____ 2019;

**ORDERED** that plaintiff's complaint is hereby dismissed with prejudice as referred to binding arbitration.

 

_____
U.S.D.J.

{J0479967.DOCX}

NICHOLAS P. SCUTARI, ESQ.

By: _____
Nicholas P. Scutari, Esquire
Attorney for Plaintiff
Antonio Oliveira

SALMON RICCHEZZA SINGER &
TURCHI, LLP

By: _____
Jeffrey A. Segal, Esquire
Attorney for Defendants
U.S. Xpress, Inc. and Don Lynn
Barbee

{J0479967.DOCX}